PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 28 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

U.S.A. vs. Travius Rashad Broadnax

Docket No. [0538 1:17CR00087]-[001]

## Petition for Action on Conditions of Pretrial Release

COMES NOW Sandra J. Doll, pretrial services/probation officer, presenting an official report upon the conduct of defendant Travius Rashad Broadnax, who was placed under pretrial release supervision by the Honorable Robert H. Walker, sitting in the court at Southern District of Mississippi-Southern Division on the 22nd date of January, 2018 under the following conditions:

1. Pretrial Supervision;
2. Report Change of Address;
3. Travel Restrictions;
4. No Contact with Victim/Witness;
5. Obtain No New Passport;
6. Weapons' Restriction;
7. Obtain & Maintain Gainful Employment;
8. No Illegal Use of a Controlled Substance;
9. Random Urinalysis Testing;
10. No Excessive Usage of Alcohol;
11. Report Contact with Law Enforcement;
12. Participate in Location Monitoring (GPS);
13. Third Party Custody-Mother

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On 02/13/18, the defendant submitted a urine sample which confirmed positive for the usage of marijuana on 02/27/18; The defendant failed to participate in his scheduled substance abuse treatment program on 02/22/18;
The defendant has failed to maintain gainful employment;
The defendant has failed to report his change of address in that he is residing with his girlfriend or other locations rather than at his third party custodian's (mother) residence.

THE COURT ORDERS:
No Action

**The Issuance of a Warrant** (circled)

The Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/28/2018

_Sandra Doll_
Sandra Doll
2018.02.28 11:55:14 -06'00'
U.S. Pretrial Services/Probation Officer

Place 2010 15th Street
Gulfport, MS 39501

ORDER OF COURT

Considered and ordered this 28th day of February, 2018 and ordered filed and made a part of the records in the above case.

_Robert H. Walker_
Honorable Robert H. Walker
U.S. District Judge/Magistrate Judge